# EXHIBIT B

**U.S Department of Justice**

# Certification of Identity



FORM APPROVED OMB NO.
1103-0016 EXPIRES 05/31/2020

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]  Fahmi Ahmed Moharam

Citizenship Status [2]  U.S. Citizen        Social Security Number [3]

Current Address  1205 South Martin Street, Apt. 404, Ligonier, Indiana 46767

Date of Birth  10/10/1975        Place of Birth  Ibb, Yemen

## OPTIONAL:  Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

Main Street Legal Services, Inc., c/o Tarek Ismail, Hannah Walsh, and Wendy Jennings

### Print or Type Name

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4]  _Fahmi Moharam_        Date  3 - 31 - 19

---

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.



CREATING
LAW
ENFORCEMENT
ACCOUNTABILITY &
RESPONSIBILITY

Main Street Legal Services, Inc.
CUNY School of Law
2 Court Square
Long Island City, NY 11101-4356
www.cunyclear.org

ATTN: FOI/PA Request
Federal Bureau of Investigations
Record/ Information Dissemination Section
170 Marcel Drive
Winchester, VA 22602-4843

VIA ELECTRONIC DELIVERY

April 8, 2019

**Re: Freedom of Information Act Request of the Federal Bureau of Investigations**

To Whom It May Concern:

This is a request under the Freedom of Information Act ("FOIA") and Privacy Act of 1974.

We are legal counsel for Mr. **Fahmi Ahmed Moharam** (**D.O.B.** 10/10/1975; **Citizenship**: United States). A Certificate of Identity and Authorization to Release Information to Another Person (Form DOJ-361) signed by Mr. Moharam is attached.

## Background to Request

Mr. Moharam's unexplained placement on the No Fly List has affected his personal and professional life. He has not seen his wife or four of his children in over a year because he is unable to travel to Yemen. His inability to travel has caused him significant financial, emotional, and psychological stress.

As a U.S. citizen, Mr. Moharam is entitled to an explanation of why he has been barred from traveling since October 2017. Mr. Moharam seeks any and all information pertaining to his placement on the "No Fly List."

## Materials Requested

We request copies of records, documents correspondence, reports, memorandums, photographs, opinions, written or typed notes, and/or audio recordings (collectively, hereinafter "records") that were created, used or maintained by the FBI pertaining to Mr. Moharam. These include, but are <u>not limited</u> to:

- Any records created, used, or maintained by the FBI referring to Mr. Moharam, including, but not limited to records relating to Mr. Moharam's placement on the No Fly List, the Selectee List, the Terrorist Screening Database, or any other information

---

(t) 718.340.4558 / 718.340.4533
(f) 718.340.4478
(e) cunyclear@ law.cuny.edu



pertaining to Mr. Moharam on other government watch lists controlled by or accessible to the FBI;

- Any records relating to Mr. Moharam's nomination by the FBI or any other federal agency for the federal No Fly List or Selectee List;

- Any records maintained, received, or sent, or processed by the Terrorist Screening Center relating to Mr. Moharam's placement on the No Fly List or Selectee List.

- Any records relating to Mr. Moharam's detentions and questioning by airport officials, FBI International Operations Division attaches or other agents at the U.S. Embassy in Jeddah, Saudi Arabia, or FBI agents at airports; including but not limited to information related to Mr. Moharam's placement on the No Fly List in October of 2017;

- Any records created, used or maintained by the FBI relating to the FBI's interest in, questioning of, and conversations with Mr. Moharam, including any 302 forms referencing Mr. Moharam;

- All records created, sent, received, referenced, and/or used in fulfilling and/or responding to this Request.

We request that you search any relevant electronic databases and conduct a hand search of all files containing information pertaining to Mr. Moharam. As FOIA requires, please release all reasonably segregable, non-exempt portions of any responsive documents. 5 U.S.C. § 552(b).

If the records are available electronically, we request that they be provided electronically. Please respond with all applicable documents to:

tarek.ismail@law.cuny.edu

For those records that are not available electronically, please mail them to:

Tarek Ismail
CLEAR – Main Street Legal Services, Inc.
CUNY School of Law
2 Court Square
Long Island City, NY 11101

### **Fee Waiver Request**

While this request is subject only to "reasonable duplication charges," it merits a complete fee waiver because disclosure of the requested information is in the public interest and will likely contribute significantly to public understanding of the operations or activities of the government. 5 U.S.C. § 552(a)(4)(A)(ii)(II); 6 C.F.R. § 5.11(k)(i)-ii).

---



The Creating Law Enforcement Accountability & Responsibility ("CLEAR") project is part of the City University of New York School of Law, an educational institution that operates a program of scholarly research. *See* 6 C.F.R. § 5.11(b)(4). The CLEAR Project was created in response to national security and counter-terrorism policies and practices affecting Muslim, Arab, and South Asian ("MASA") communities in the greater New York City area. The CLEAR Project provides for important unmet legal needs of these communities by: providing support to local community-based organizations serving MASA communities, providing Know-Your-Right workshops on related issues, and providing legal representation and consultation. Mr. Moharam's file will help inform our understanding of these programs, and does not serve a commercial interest as it does not relate to commerce, trade or profit. *See McClellan Ecological Situation v. Carlucci*, 835 F. 2d 1282, 1285 (9th Cir. 1987); 6 C.F.R. § 5.11(b)(1). As such, our request for Mr. Moharam's records is subject only to reasonable duplication fees. 5 U.S.C. §552(a)(4)(A)(ii)(II); 6 C.F.R. § 5.11(c)(1), (3).

Mr. Moharam's request meets the standards set forth in favor of a public interest fee waiver for duplication fees. Mr. Moharam's file is "likely to contribute significantly to public understanding" of the DHS TRIP redress process, particularly with regards to its activities which burden MASA communities, and disclosure is not primarily in Mr. Moharam's commercial interest. *See* 6 C.F.R. § 5.11(k)(1)(i)-(ii). Mr. Moharam's records will inform CLEAR's understanding of DHS TRIP's activities and operations that burden those like Mr. Moharam in the Muslim, Arab and South Asian community who go through extensive screening at the airport without explanation. CLEAR will then widely share this understanding with the MASA communities with whom we work, and those interested in law enforcement and civil liberties. *See e.g.*, *Judicial Watch v. Gen. Servs. Admin.*, No. Civ.A. 98-2223, 2000 WL 35538030 at 8, 11 (D.D.C. Sept. 25, 2000); *McClellan Ecological Situation v. Carlucci*, 835 F. 2d 1282, 1285 (9th Cir. 1987).

CLEAR frequently serves as a resource for the news media on these issues due to our active role in the local Muslim-community organizing efforts. Accordingly, in this capacity, CLEAR's knowledge of law enforcement practices works to broaden the public's understanding of the work of law enforcement in MASA communities, a topic of great public import. *See* 6 C.F.R. § 5.11(k)(2)(iii); *see e.g.*, Ramzi Kassem, *The Long Roots of NYPD Spying*, The Nation, *available at* http://bit.ly/1r1qvRP.

 If necessary, CLEAR is willing to pay fees for this request up to a maximum of $25. If you estimate that the fees will exceed this limit, please inform us before processing this request. Please contact us at 718.340.4141 with any questions or concerns. We look forward to receiving your response within the twenty day statutory time period. Thank you for your consideration.

Sincerely,

Wendy Jennings, *Student Attorney*
Hannah Walsh, *Student Attorney*
Tarek Z. Ismail, *Senior Staff Attorney*

